IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF THE COMMONWEALTH OF VIRGINIA
NEWPORT NEWS DIVISION

FILED
JUL - 3 2018
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

| | |
|---|---|
| J.F.S, *A MINOR CHILD*<br>    BY NEXT FRIEND AND SIBLING<br>MATTHEW P. STARBUCK<br>    PLAINTIFF(s), *PRO SE*<br>v<br>WILLIAMSBURG JAMES CITY COUNTY<br>    SCHOOL BOARD<br>        DEFENDANTS(s) | ACTION NO: 4:18-CV-63 |

## SHOW CAUSE

COME NOW, MATTHEW P STARBUCK, appearing generally for J.F.S, a minor child as his next friend and general guardian. In response to the ORDER to SHOW CAUSE entered by this Court on June 13, 2018, he states the following.

1. Matthew Starbuck affirms he is not a licensed attorney in the Commonwealth of Virginia or any state.

2. Matthew Starbuck has attempted previously to seek counsel regarding this matter, for a case filed before the Circuit Court of Williamsburg - James City County under Title 22.1-87 of the Code of Virginia.

3. Matthew Starbuck was unable, through multiple attempts and efforts, to retain Counsel to act directly on behalf of J.F.S in the action filed before the Circuit Court of Williamsburg - James City County, and subsequently this action.

4. Matthew Starbuck is the adult who has been responsible for all actions involving this matter. The mother of Matthew and J.F.S. is permanently disabled.

Matthew Starbuck is competent to understand and file proper proceedings before this Court.

5. J.F.S. is also an intelligent young man and at the age of seventeen, and is able to understand and comprehend the Rules of this Court, proper etiquette and proceedings.

6. Matthew works closely with J.F.S., and the two work cohesively to act in the best interest of J.F.S. and the two believe that the unison of the two is sufficient to properly protect, defend and hold the rights of J.F.S. vigorously.

7. Matthew Starbuck understands the federal Rules of Discovery, and would be able to appropriately act and submit in accordance with federal rules.

8. While this Court and various other Courts have ruled that in general, parents (guardians and custodians not mentioned but included by similar reference) may not pursue action on behalf of a minor child but must be listed as the next friend and that they must attain counsel, the Court has also ruled that in accordance with Rules of Court and judicial discretion it may appoint a guardian ad litem to litigate the interests of the minor child.

9. Matthew Starbuck believes that the possible political nature of this action prevents the retention of trained counsel.

10. Plaintiff reserves the right to file a Brief in Support of this Show Cause and file under seal a memorandum written and signed by J.F.S., the minor child in this action, per the minors explicit request.

WHEREFORE, for the foregoing reasons, Matthew Starbuck respectfully moves this Court to grant him leave of this Court to stand beside and for his minor sibling, J.F.S., in this action and to schedule a hearing before this Court to answer and address any further questions, or to appoint a guardian ad litem to represent J.F.S. in the proceedings.

Respectfully submitted,

Matthew P. Starbuck

General Guardian of Plaintiff

4615 Sir Gilbert Loop

Williamsburg, Virginia

23185-7947